UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| MERILYN STRONG, | Plaintiff, |
| v. | Civil Action No. 3:19-cv-519-DJH-CHL |
| NORTON HEALTHCARE, INC., | Defendant. |

\* \* \* \* \*

### ORDER

The parties having agreed to a settlement of all matters in this case (Docket No. 32), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action is **DISMISSED** without prejudice. All dates and deadlines previously set in this matter are **VACATED**.

The parties shall tender an agreed order of dismissal with prejudice within **thirty (30) days** of entry of this Order. The Court will entertain a motion to redocket the action within thirty (30) days of entry of this Order in the event the settlement is not consummated.